# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy



**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6030

November 4, 2021

Mellian Lafleur
190 South Brookside Avenue
Freeport, NY 11520

Re: 21-CV-5833(GRB)(AYS), Lafleur v. Circulo De La Hispanidad et. al

Dear Mr. Lafleu:

The Court is in receipt of your undated letter received on November 4, 2021, in which you request the status of the above referenced action. As such, we have enclosed a copy of the docket sheet which includes all filings to date. Please note that the motions will be deiced in due course.

Please contact the Pro Se Office if you require further assistance.

Sincerely,

J. Grady
Pro Se Office
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6060

Copy mailed to litigant 11/4/21

**LaFleur v Circulo De La Hispanidad et al**

### CIVIL DOCKET FOR CASE# : 2:21-cv- 05833-GRB-AYS

Dear Sir/Madam,

Pertinent to the above-indicated docket, could the following inquiry be addressed.

1. **Docket Text #2 and # 4   Request to Procced In Forma pauperis in support re: Motion to appoint counsel.**

Kindly advise as to the duration before a final response to the request for a lawyer will be given.

In appreciation of your collaboration and comprehension.

Respectfully yours,

...............................

Mellian Lafleur  ( Plaintiff).

Mellian Lafleur
190 S- Brookside Ave
Freeport NY 11520

MID-ISLAND NY 117
2 NOV 2021 PM 3 L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 04 2021 ★
LONG ISLAND OFFICE

United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

11722-443800

ATTN: PRO SE