UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x   Docket No. 1:21-cv-05833
MELLIAN LAFLEUR                                                  GRB-LGD

                Plaintiff,

      v.                                                           **STIPULATION OF**
                                                       **VOLUNTARY DISMISSAL**
CIRCULO DE LA HISPANIDAD AND CESAR NUESI,                        **PURSUANT TO F.R.C.P.**
                                                       **41(a)(1)(A)(ii)**
                Defendants.
-------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and their respective counsel in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted or which could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: 5/29/23

Mellian Lafleur
*PRO SE Plaintiff*
190 S. Brookside Avenue
Freeport, NY 11520
516-851-9898

John Joseph Byrnes, Esq.
Milber Makris Plousadis & Seiden, LLP
*Attorneys for Defendants*
1000 Woodbury Road, Suite 402
Woodbury, NY 11797
UNITED STA
(516)712-4000
Fax: (516)712-4013
Email: jbyrnes@milbermakris.com